UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TONY COUILLARD,

        Plaintiff,

v.                      Case No. 05-C-718

RECEIVABLES PERFORMANCE MANAGEMENT, L.L.C,

        Defendant.

## OPINION AND ORDER

Based upon the stipulation of the parties, the court ORDERS that this action IS DISMISSED with prejudice and without costs. <u>See</u> Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. <u>See</u> Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Tony Couillard and Defendant Receivables Performance Management, L.L.C., having stipulated to the voluntary dismissal of all claims raised in this action which was brought before the court, the Honorable Thomas J. Curran, District Judge, presiding.
>
> IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs to either party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 30th day of November, 2005.

                                      s/Thomas J. Curran
                                      THOMAS J. CURRAN
                                      United States District Judge